FIRST TOWER CORPORATION, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.
First Tower Corp. v. Commissioner
Docket No. 26614-96
United States Tax Court
1997 U.S. Tax Ct. LEXIS 76; December 9, 1997, Entered Mary Ann Cohen, Judge. Cohen
DECISION
Pursuant to the stipulation of the parties in this case, and incorporating herein the facts stipulated by the parties as the findings of the Court, it is
ORDERED and DECIDED: That there is an overpayment in income tax for the taxable year 1992 in the amount of $ 56,165.00, which amount was paid on March 15, 1993 and September 15, 1993, and for which amount a claim for refund was filed on September 13, 1996, which *77 was within the period provided by I.R.C. § 6511(b)(2), and which claim had not been disallowed before the date of the mailing of the notice of deficiency.
Mary Ann Cohen
Judge
Entered: DEC 9 1997
* * * *
It is hereby stipulated that the Court may enter the foregoing decision in the above-entitled case in accordance with the stipulation of the parties submitted herein.
STEWART L. BROWN
Chief Counsel
Internal Revenue Service
LEONARD D. VAN SLYKE, JR.
Counsel for Petitioner
Tax Court Bar No. VL0034
Post Office Drawer 1532
Jackson, MS 39215
Tel. No. (601) 948-6882
By:
SHUFORD A. TUCKER, JR.
Associate District Counsel
Tax Court Bar No. TS0102
801 Tom Martin Dr. Rm. 257
Birmingham, AL 35211
Tel. No. (205) 912-5480
STIPULATION
It is hereby stipulated that the following statement shows the petitioner's income tax liability for the taxable year 1992:
Net tax assessed and paid
$ 2,533,357.00
Payments:
March 15, 1993
$ 2,525,000.00
September 15, 1993
9,066.87
$ 2,533,357.00
Less Allowance:
December 13, 1993
$ 709.87
709.87
Net Payments
$ 2,533,357.00
Tax liability
2,477,192.00
Overpayment
$ 56,165.00
I.R.C. §§ 6512(b)(3)(C)(i) and 6511(b)(2)
*78 Return filed September 20, 1993 pursuant to an extension granted for filing the return from March 15, 1993 to September 15, 1993
Claim filed September 13, 1996
No agreements executed
Deficiency notice mailed September 12, 1996